

# NUMBER 13-15-00297-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DANIEL GARCIA,                                                APPELLANT,

v.

THE STATE OF TEXAS,                                          APPELLEE.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion for extension of time to file his initial brief and appellant's motion to abate pending completion of the record due to missing exhibits admitted during the hearing on defendant's motion to transfer venue. The reporter's records in this cause was filed on November 12, 2015 and November 13,

2015, and a supplemental volume was filed on August 4, 2017. Appellant has advised this Court that the records do not contain two of the exhibits admitted during a change of venue hearing held on April 30, 2015. The complained of exhibits are Venue DX-1 and Venue DX-2. After review of the record, this Court determined Venue DX-1 was not contained in the record because it is a DVD disc on file with the Nueces County District Clerk's Office and Venue DX-2 is located in Volume 10 of the reporter record beginning at page 121.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted item. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to abate is GRANTED and the appeal is ABATED.

The trial court clerk of the 214th Judicial District Court of Nueces County is directed to prepare a supplemental reporter's record in this cause to include Venue DX-1. The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court. Therefore, having determined the record to be incomplete, appellant's motion for an extension of time to file his brief is GRANTED. Appellant's initial brief is due no later than 30 days after receipt of the supplemental record, no further extensions will be granted absent exigent circumstances.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of November.